# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EDWARD BARAJAS, | 1: 07 CV 00129 AWI WMW HC |
| Petitioner, | ORDER CLOSING CASE |
| v. | |
| R. J. SUBIA, | |
| Respondent. | |

Petitioner is a prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Section 2254. This case is a duplicate of <u>Barajas v. Subia</u>, 1:07-cv-00124 AWI NEW (WMW). Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this case. Nothing else shall be filed in the present case and the litigation shall continue in <u>Barajas v. Subia</u>, 1:07-cv-00124 AWI NEW (WMW).

IT IS SO ORDERED.

**Dated:   September 5, 2007**            /s/ Anthony W. Ishii
                                            UNITED STATES DISTRICT JUDGE